**DISMISS and Opinion Filed June 3, 2022\**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-00382-CV**

_____

**EDWARD BRUSSEL, INDIVIDUALLY, AND
EDWARD BRUSSEL, LLC, Appellants**

**V.**

**STEVEN J. WILKERSON AND CATHY L. WILKERSON, Appellees**

**On Appeal from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-03651-2021**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Reichek

Before the Court is appellants' motion to dismiss the appeal because the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220382F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

EDWARD BRUSSEL,
INDIVIDUALLY, AND EDWARD
BRUSSEL, LLC, Appellants

No. 05-22-00382-CV          V.

STEVEN J. WILKERSON AND
CATHY L. WILKERSON,
Appellees

On Appeal from the County Court at
Law No. 7, Collin County, Texas
Trial Court Cause No. 007-03651-
2021.
Opinion delivered by Justice
Reichek. Justices Molberg and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees STEVEN J. WILKERSON AND CATHY L.
WILKERSON recover their costs of this appeal from appellants EDWARD
BRUSSEL, INDIVIDUALLY, AND EDWARD BRUSSEL, LLC.

Judgment entered June 3, 2022